Kennedy, J., concurring in part and dissenting in part.
*513 {¶ 22} I concur with the majority in affirming the court of appeals' judgment denying appellant Sylvester Hunter's petition for a writ of mandamus to vacate his prison sentence and conduct a new sentencing hearing. I also concur in denying Hunter's motion for judgment on the pleadings and in denying appellee Judge Binette's motion to dismiss. I dissent, however, from the majority's decision to deny Hunter's motion for an order to the clerk of courts to send him an index of items filed in this court.
{¶ 23} S.Ct.Prac.R. 11.04(B)(1)(b) provides, "At least ten days before the clerk of the trial court transmits the record, the clerk shall send a copy of each index to all counsel of record in the case." As Hunter is pro se in this matter, he is counsel of record and is entitled to a copy of the index. Therefore, I would grant Hunter's motion and order the Erie County Clerk of Courts to send a copy of the index to Hunter.
French, J., concurs in the foregoing opinion.